IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SHAWNA BELL,** individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**CONSUMER CELLULAR, INCORPORATED,** an Oregon Domestic Business Corporation,<br><br>　　　　Defendant. | Case No. 3:15-cv-941-SI<br><br>**JUDGMENT** |

**Michael H. Simon, District Judge.**

　　**IT IS HEREBY ORDERED AND ADJUDGED** that this case and all claims asserted by Plaintiff and the members of the Settlement Class as defined by the Court in its Opinion and Order (ECF 36) are dismissed with prejudice.

　　DATED this 23rd day of June, 2017.

　　　　　　　　　　　　　　　　　　　　/s/ Michael H. Simon
　　　　　　　　　　　　　　　　　　　　Michael H. Simon
　　　　　　　　　　　　　　　　　　　　United States District Judge

PAGE 1 – JUDGMENT